UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARSHDEEP GARCHA, | |
| Plaintiff, | |
| -against- | 22-CV-0637 (JPO) |
| NEW YORK CITY; NEW YORK CITY ADMINISTRATION FOR CHILDREN SERVICES, | ORDER OF SERVICE |
| Defendants. | |

J. PAUL OETKEN, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.[1]

The Clerk of Court is directed to issue summonses as to Defendants City of New York and New York City Administration for Children's Services. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   January 31, 2022
         New York, New York

_____
J. PAUL OETKEN
United States District Judge

---

[1] Under Rule 5.2(a) of the Federal Rules of Civil Procedure, the names of minors must be redacted. If the children referenced in Plaintiff's complaint are minors, he must file a redacted complaint that uses their initials rather than their full names.