UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARSHDEEP GARCHA,

                    Plaintiff,

        -v-

NEW YORK CITY *et al.*,

                    Defendants.

22-CV-637 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The Court is in receipt of Plaintiff's motion for default judgment and for an inquest (*see* Dkt. No. 18). Though the Court acknowledges that Defendants' response to the Complaint was untimely (*see* Dkt. No. 14), granting Plaintiff's motion for default judgment is unwarranted at present. Defendants appear to have shown excusable neglect for their late filing; Plaintiff has not shown prejudice as a result of the brief delay, and any "default" does not appear to have been willful.

    Plaintiff's motion for Default Judgment is denied, and the Clerk of Court is directed to close the motion at Docket No. 18.

    Plaintiff is hereby directed to respond to the merits of Defendant's Motion to Dismiss at Docket No. 14. Plaintiff shall submit his response on or by February 20, 2023.

    SO ORDERED.

Dated: January 17, 2023
       New York, New York

                                                J. PAUL OETKEN
                                     United States District Judge