UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ARSHDEEP GARCHA.,

          Plaintiff,

          -against-

NEW YORK CITY, et al.,

          Defendants.

------------------------------------------------------------x

22-CV-0637 (JPO) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference on October 5, 2023. As discussed at the conference, discovery is extended to **February 2, 2024**.

The Court will hold a status conference in this matter on **Tuesday, January 9, 2024 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, New York.

Defendants are directed to serve a copy of this Order on *pro se* Plaintiff.

**SO ORDERED.**

Dated: October 5, 2023
      New York, New York

               *s/ Ona T. Wang*
               **Ona T. Wang**
               United States Magistrate Judge