**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
ARSHDEEP GARCHA,

        Plaintiff,                        22-CV-0637 (JPO) (OTW)

       -against-                    **ORDER**

NEW YORK CITY, et al.,

        Defendants.
-------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court held an in-person status conference in this matter on January 9, 2024. As discussed at the conference, the parties are directed to file a joint status letter on **Friday, February 23, 2024**. Discovery is **EXTENDED** to **February 23, 2024**.

       Defendants are directed to serve a copy of this Order on *pro se* Plaintiff.

       **SO ORDERED.**

                                                               */s/ Ona T. Wang*

Dated: January 9, 2024                                      **Ona T. Wang**
       New York, New York                        United States Magistrate Judge